UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RANDOLPH V. PETERSON, and individual,<br><br>                Plaintiff,<br><br>   v.<br><br>RYAN BEST, et al.,<br><br>               Defendants. | NO: 2:22-CV-0219-TOR<br><br>ORDER OF PARTIAL DISMISSAL WITH PREJUDICE |

BEFORE THE COURT are the parties' Stipulated Motion to Dismiss Claims Against Defendants Breean Beggs, an individual d/b/a Paukert & Troppmann, PLLC and Paukert & Troppmann, PLLC (ECF No. 38) and a Stipulated motion to Dismiss Claims Against Defendants Troy Nelson, an individual d/b/a Nelson & Associates, PLLC; Nelson & Associates, PLLC a Washington Professional Limited Liability Company; Timothy Nault, as an individual d/b/a Randall │ Danskin, PS; and Randall │ Danskin, PS., a Washington Professional Services Corporation (ECF No. 39).  The parties agree that Plaintiff's claims against these Defendants may be dismissed with prejudice

ORDER OF PARTIAL DISMISSAL WITH PREJUDICE ~ 1

and with each party bearing its own fees and costs.  The Court has reviewed the record and files herein and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by the parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice against Defendants Breean Beggs, an individual d/b/a Paukert & Troppmann, PLLC; Paukert & Troppmann, PLLC; Troy Nelson, an individual d/b/a Nelson & Associates, PLLC; Nelson & Associates, PLLC a Washington Professional Limited Liability Company; Timothy Nault, as an individual d/b/a Randall │ Danskin, PS; and Randall │ Danskin, PS., a Washington Professional Services Corporation.  Each party to bear its own fees and costs.

2. These Defendants are terminated from the docket.

3. The file remains open as to the remaining Defendants.

The District Court Executive is directed to enter this Order and terminate these parties from the docket.

DATED October 10, 2023.



THOMAS O. RICE
United States District Judge

ORDER OF PARTIAL DISMISSAL WITH PREJUDICE ~ 2